**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert B. CLARKSON, 515 Concord
Avenue, Defendant—Appellant.**

**No. 08–6477.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 29, 2009.

Decided: Feb. 23, 2009.

Robert B. Clarkson, Appellant Pro Se.
Jill Westmoreland Rose, Office of the
United States Attorney, Asheville, NC, for
Appellee.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

The Appellant, Robert B. Clarkson,
seeks to appeal the district court's orders
denying his motion under Fed.R.Crim.P.
41(g) seeking return of evidence seized
during a search and denying his motion for
reconsideration. This court may exercise
jurisdiction only over final orders, 28
U.S.C. § 1291 (2000), and certain interloc-
utory and collateral orders, 28 U.S.C.
§ 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen
v. Beneficial Indus. Loan Corp.,* 337 U.S.
541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).
The orders Clarkson seeks to appeal are
neither final orders nor appealable inter-
locutory or collateral orders. *See United
States v. Reg'l Consulting Servs. for Econ.
and Cmty. Dev., Inc.,* 766 F.2d 870, 874–75
(4th Cir.1985). Accordingly, we dismiss
the appeal for lack of jurisdiction. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*